Christopher K. Eley, SBN 90897
221 Tuxedo Court, Suite E
Stockton, California  95204
Phone:  (209) 466-8511
Facsimile:  (209) 466-6340

Attorney for Defendant,
RIVERROCK PROPERTIES, LLC

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ,<br><br>              Plaintiff<br><br>Vs.<br><br>RIVERROCK PROPERTIES, LLC, a California Limited Liability Company;  NENAS MEXICAN RESTAURANT, Inc., a California Corporation; and<br>Does 1-10<br><br>              Defendants | Case No.:  2:14-CV-02362-TLN-EFB<br><br><br>STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT and ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff, Gabriel Gonzalez, and Defendant,

Riverrock Properties, LLC, by and through their attorneys of record that the Clerk's Entry of Default

against Defendant Riverrock Properties, LLC is hereby set aside. An answer will be filed within 10

days of the execution of the order setting aside the default.

Dated: January 29, 2015

           /s/ Christopher K. Eley
CHRISTOPHER K. ELEY,
Attorney for Defendant
RIVERROCK PROPERTIES, LLC.

Dated: January 30, 2015

           /s/ Phyl Grace (as authorized on 1-29-15)
PHYL GRACE,
Attorney for Plaintiff
GABRIEL GONZALEZ

Christopher K. Eley
Attorney-at-Law
221 Tuxedo Court
Suite E
Stockton, CA
95204
209/466-8511

1

**IT IS SO ORDERED:**

2

3        As the parties have so stipulated, the Clerk's Entry of Default against Defendant RIVERROCK

PROPERTIES, LLC. is hereby set aside.

4

Dated:  February 3, 2015

5

6

7                                                             Troy L. Nunley
                                                        United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Christopher K. Eley
Attorney-at-Law
221 Tuxedo Court
Suite E
Stockton, CA
95204
209/466-8511

2

**STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT and ORDER**