UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GONZALEZ, | No. 2:14-cv-2362-TLN-EFB |
| Plaintiff, | |
| v. | ORDER |
| RIVERROCK PROPERTIES, LLC, et al., | |
| Defendants. | |

Plaintiff's motion for entry of default judgment came on regularly for hearing before the assigned magistrate judge on May 4, 2016. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On June 14, 2016, the magistrate judge filed findings and recommendations herein, which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed June 14, 2016, are adopted in full; and

/////

/////

2. Plaintiff's application for default judgment (ECF No. 26) is denied without prejudice; Plaintiff may subsequently file a properly-supported motion.

Dated: August 2, 2016

Troy L. Nunley
United States District Judge