UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gabriel Gonzalez**, <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>**Riverrock Properties, LLC.,** et al., <br><br>　　　　Defendants. | Case No.: 2:14-cv-02362-TLN-EFB <br><br> **[PROPOSED] ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR EXAMINATION** <br><br> Date:　　　2/6/19 <br> Time:　　　9:30 am <br> Courtroom: 8 |

## **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of John R Freschi Jr., CEO Riverrock Properties, LLC is continued from 11/7/18 to 2/6/19 at 9:30 am in Courtroom 8, 501 I Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: October 30, 2018.

　　　　　　　　　　　　　　　　　　Hon. Edmund F Brennan
　　　　　　　　　　　　　　　　　　US MAGISTRATE JUDGE

(Proposed) Order on request to continue Debtor Exam